# United States District Court
## Violation Notice
(Rev. 1/2015)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MYH | 9467662 | Zwack | 323 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense: 0844 | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 01/12/2026 | MTA 21-801.1 |

Place of Offense

Porter Street

Offense Description: Factual Basis for Charge          HAZMAT ☐

MTA 21-801.1   Exceed max speed

42mph in a 25mph zone.

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Smith | Kyree | Markel |

Street Address ████████████

| Tag No. | State | Year | Make/Model | PASS ☐ COM ☐ | Color |
|---|---|---|---|---|---|
| 3405824 | | 24 | Peirse Truck | | White |

| A ☐ APPEARANCE IS REQUIRED | B ☒ APPEARANCE IS OPTIONAL |
|---|---|
| If Box A is checked, you must appear in court. See instructions. | If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 90 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →

$ 120 Total Collateral Due

### YOUR COURT DATE
If no court appearance date is shown, you will be notified of your appearance date by mail.

| Court Address | Date |
|---|---|
| 1520 Freedman Drive Fort Detrick MD 21702 | TBD |
| | Time: TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

*9467662*

I state that on January 12, 2026 while exercising my duties as a law enforcement officer in the Fort Detrick District of Maryland

On 2026/01/12 at 0844 HRS. I observed a white Volvo Semi-Tractor; Trailer Truck with a Dr. Pepper logo, bearing ID Reg 3405824. Traveling W/B on Porter Street at a high rate of speed. My visual observation was confirmed by RADAR with an Audio/Digital display of 42mph in a clearly posted 25mph zone. I activated my emergency equipment and conducted a traffic stop. I identified the operator Smith by their Commercial Driver's License (CDL). When asked if they were aware of their speed, the operator stated that he knew that he was speeding over the posted speed limit.

The foregoing statement is based upon:

☒ my personal observation  ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/12/2026      Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____      U.S. Magistrate Judge
Date (mm/dd/yyyy)

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 03/02/2026 15:44